# In The United States Court of Federal Claims

No. 13-117C

(Filed: July 7, 2014)

_____

APTERYX, INC.,

       Plaintiff,

   v.

THE UNITED STATES,

       Defendant.

_____

## ORDER

_____

On July 3, 2014, the parties filed a joint motion to stay this matter and to refer this matter to ADR. The motion is hereby **GRANTED**, in part. Accordingly, this matter is hereby **STAYED** until August 4, 2014. On or before August 11, 2014, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge